IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| William Jackson, | ) | C/A No.: 3:14-2262-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Condie Johnson, in his personal and | ) | |
| official capacities; the South Carolina | ) | |
| Department of Probation, Parole and | ) | |
| Pardon Services; Richland County; and | ) | |
| the South Carolina Department of | ) | |
| Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the motion of Condie Johnson and the South Carolina Department of Probation, Parole and Pardon Services ("Moving Defendants") to compel William Jackson ("Plaintiff") to produce responses to Moving Defendants' First Set of Interrogatories and First Set of Requests for Production originally served on July 21, 2014. [Entry #26]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Plaintiff's deadline to respond to the discovery requests, after one consent extension, was September 30, 2014. *Id*. Having not received responses, defense counsel indicates that she again served the discovery requests on Plaintiff on October 10, 2014. *Id*. at 1–2. Defense counsel represents that as of November 24, 2014, Plaintiff had not answered or responded to the discovery requests. *Id*. at 2.

In light of the foregoing, the court grants Moving Defendants' motion to compel. Plaintiff is directed to provide responses to the discovery requests by December 9, 2014. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

IT IS SO ORDERED.

November 25, 2014  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge