IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| William Jackson, | ) | C/A No.: 3:14-2262-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Condie Johnson, in his personal and | ) | |
| Official Capacity; the South Carolina | ) | ORDER |
| Department of Probation, Parole and | ) | |
| Pardon Services; Richland County; | ) | |
| and the South Carolina Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on Richland County's motion to compel William Jackson ("Plaintiff") to produce responses to Richland County's First Set of Interrogatories and First Set of Requests for Production originally served on October 13, 2014. [ECF No. 35, 35-1]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. [ECF No. 35]. Counsel for Richland County has requested responses from Plaintiff's counsel on multiple occasions. [ECF Nos. 35-2, 35-3, 35-4, 35-5, 35-6]. Counsel for Richland County represents that as of February 9, 2015. Plaintiff had not answered or responded to the discovery requests. [ECF No. 35 at 2].

In light of the foregoing, the court grants Richland County's motion to compel. Plaintiff is directed to provide responses to the discovery requests by February 25, 2015. Because Plaintiff failed to timely respond to the discovery, any and all objections are

1

deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff's failure to comply with this order may result in sanctions.

    IT IS SO ORDERED.

February 10, 2015                               Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge