IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| William Jackson, ) | |
| ) | C/A No. 3:14-cv-02262-MGL-SVH |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| The South Carolina Department of ) | |
| Probation Parole and Pardon Services; ) | |
| The South Carolina Department of ) | |
| Corrections, ) | |
| Defendants. ) | |
| _____) | |

This Court having been advised by counsel for the plaintiff and defendant The South Carolina Department of Probation Parole and Pardon Services that the above action has been settled between those parties.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice as to defendant Richland County, and upon good cause shown within sixty (60) days, either party may petition the Court to reopen the action if settlement is not consummated.

s/Mary G. Lewis
MARY G. LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 14, 2015